People ex rel. Kon v Maginley-Liddie (2025 NY Slip Op 00283)

People ex rel. Kon v Maginley-Liddie

2025 NY Slip Op 00283

Decided on January 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
DEBORAH A. DOWLING
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

[*1]The People of the State of New York, ex rel. Hannah Kon, on behalf of Diego Guerra, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Patricia Pazner, New York, NY (Hannah Kon pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Charles T. Pollack, Joseph M. Dipietro, Myeonghwan Cha, and Myongjae M. Yi of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Diego Guerra upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 1815/2017.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
MILLER, J.P., DOWLING, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court